AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*February 03, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Ernesto Perez | ) | **4:25-mj-0052** |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 29, 2025___ in the county of ___Harris___ in the

___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(o) | Possession of a machine gun |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Joshua Hacker
*Printed name and title*

Sworn to before me and signed by telephone

Date: ___02/03/2025___

_____
*Judge's signature*

City and state: ___Houston, Texas___     Christina A. Bryan, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** |
| **V.** | **4:25-mj-0052** |
| **ERNESTO PEREZ** | |

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Joshua Hacker, being duly sworn and deposed, state the following:

1.     I am a Special Agent employed by the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives assigned to the Houston Field Division, Group VIII and have been so employed since 2023.  During this time, I have participated in investigations concerning the illegal possession of firearms, Federal controlled substance conspiracy laws, and the commission of violent crimes. During my employment as an ATF Special Agent, I have received specialized training regarding, and have personally participated in, various types of investigative activity, including, but not limited to, the following:  (a) physical surveillance; (b) undercover operations; (c) the execution of search warrants; (d) the consensual monitoring and recording of conversations; (e) electronic surveillance through the use of pen registers and trap and trace devices; and (f) the handling and maintenance of evidence. Prior to my employment with ATF, I served in the military with the

United States Navy for six years. During my time in the Navy, I was assigned to the command of SEAL Team Ten as a Navy SEAL. Based upon personal knowledge and information I have received from other law enforcement investigators; I am aware of the following facts.

2.    In January 2025 the Bureau of Alcohol, Tobacco, Firearms and Explosives received information from Drug Enforcement Administration (DEA) Galveston regarding a subject named ERNESTO PEREZ, a person in the country unlawfully, who was selling illegal machine gun conversion kits (Auto-Switches) which are classified by federal law as both firearms and machine guns.

3.    A Drug Enforcement Administration Confidential Source (CS) made contact via telephone with ERNESTO PEREZ and arranged to purchase four "glock switches" and four "auto sears" from ERNESTO PEREZ on January 29, 2025. In my training and experience, the terms "glock switches" and "auto sears" are slang terms for machine gun conversion devices.

4.    On the listed date, ERNESTO PEREZ coordinated a meeting with the CS at the parking lot of Cricket located at 715 W Mount Houston Rd., Houston, Texas, which is in the Southern District of Texas. ERNESTO PEREZ provided the CS a picture confirming the possession of the machine gun conversion devices through WhatsApp.

2

5.    After the CS received the pictures, DEA conducted a traffic stop on the vehicle ERNESTO PEREZ was driving. ERNESTO PEREZ was arrested and seven machine gun conversion devices were located in the front passenger floor board.

6.    The affiant received an unofficial determination from ATF Firearms Technology Division (FATD) expert that the machine gun conversion kits that were seized from ERNESTO PEREZ are confirmed to be machine guns within the meaning of 18 U.S.C. §921(a)(24).

7.    Based upon the foregoing information and my training and experience the affiant believes information has been presented which supports a request for the issuance of an arrest warrant for ERNESTO PEREZ for violation of 18 U.S.C. § 922 (o) possession of a machine gun.

_____

Joshua Hacker
Special Agent, US Department of Justice
Alcohol, Tobacco, Firearms & Explosives

Sworn and subscribed by telephone on February 3, 2025 and I find probable cause.

_____

The Honorable Christina A. Bryan
United States Magistrate Judge

3